

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00407-CV

_____

TERESA R. DEHNEL, Appellant

V.

BOXER PROPERTY MANAGEMENT CORPORATION, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-320239-20

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion To Dismiss Appeal." We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: October 23, 2025